IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
PATRICIA A. EMERSON          :
         Plaintiff           :
                             :
    VS.                      :          No. 04 MC 10089(NG)
                             :
WEMBLEY USA, INC., ET AL.    :
         Defendants          :
```

**DANIEL BUCCI'S NOTICE OF RELATED CASE**

Now comes Daniel Bucci and hereby notifies the Court that:

1. On or about May 17, 2006, Defendants in the above matter filed a Miscellaneous Petition For Leave To Take Deposition Of A Person Confined In Prison And To Compel Answers To Deposition Questions, with a civil action cover sheet indicating the nature of the action and certain other relevant information.

2. The Civil Action Cover Sheet attached to Defendants' Petition, in Section VIII, failed to include the reference to the related case captioned above, specifically Pat Emerson, Plaintiff, v. Wembley USA et als, Defendants, No. 04 MC 10089(NG), which action was originally brought in 2004 when Plaintiff sought to depose the same witness the Defendants now seek to depose.

3. The case was transferred to the District of Rhode Island because at the time, all parties were located there.

1

The District Court for the District of Rhode Island has now determined that jurisdiction is properly in this court, and furthermore, under F.R.Civ.P. 30(a)(2), the action must now be brought here.

  4. The petition filed by Defendants does not appear to have been electronically filed, and does not appear in the ECF docketing system for the above-referenced related case.  Furthermore, the copy of the Petition served by mail upon counsel for the witness (and presumably also upon the plaintiff), did not bear a docket number of this court, and a search of the court files via PACER does not reveal a new case having been opened for the petition or a docket number having been assigned to the Petition. Moreover, while Plaintiff's Response to the Petition was filed electronically and docketed in the above-referenced matter, no record of the Petition itself can be found as the date of this filing.

  WHEREFORE, the Witness' Response to the Petition is being filed in the above-captioned case.

Respectfully submitted,
Daniel Bucci,
By His Attorney,

/s/ Anthony M. Traini
_____
Anthony M. Traini #4793
56 Pine Street-Suite 2
Providence, RI 02903
Tel. (401) 621-4700
Fax  (401) 621-5888

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2006, I served the foregoing Notice of Related Case via the Massachusetts ECF system (to participating counsel), as well as by mail and facsimile:

| | |
|---|---|
| Melissa A. Clack, Attorney at Law<br>Robert A. Zupkus, Esquire<br>Zupkus & Angell<br>555 Eighth Avenue<br>Denver, CO 80203 | Brian P. Voke, Esquire<br>Campbell Campbell Edwards & Conroy<br>123 Dyer Street<br>Providence, RI 02903 |
| Kristen L. Mix, Attorney at Law<br>Snell & Wilmer, L.L.P.<br>1200 Seventeenth Street, Suite 1900<br>Denver, CO 80202 | W. Mark Russo, Esquire<br>Christopher M. Mulhearn, Esquire<br>Ferrucci Russo, P.C.<br>55 Pine Street, 4th Floor<br>Providence, RI 02903 |

/s/ Anthony M. Traini
_____
Anthony M. Traini